1  LOURDES G. BAIRD
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ALVAN M. JOFFE
4  ASSISTANT UNITED STATES ATTORNEY
       312 NORTH SPRING STREET
5      LOS ANGELES, CA. 90012
       213-894-2470
6  Attorneys for the Plaintiff

7           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA,     )   COURT NO:91A10680
              Plaintiff,          )
                                  )
10       v.                       )   DEFAULT JUDGMENT
                                  )
11  IRIS L. THIERGOOD,            )
    A/K/A IRIS LOUISE THIERGOOD,  )
12            Defendant(s).       )

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from IRIS L. THIERGOOD, A/K/A IRIS LOUISE THIERGOOD, the sum of $2,283.15 as principal, $2,617.57 as accrued prejudgment interest, $227.00 administrative charges, a surcharge of $486.86, and $35.00 costs for a total amount of $5,649.58, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

JAN 21 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    Deputy Clerk